**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
DEC 14 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

UNITED STATES OF AMERICA    Plaintiff,
v.
MOUSA MOHAMMAD ABU MANZOOK et al.
                           Defendant.

Case Number: 03 CR 978

DOCKETED
DEC 15 2004

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

### (A)
- SIGNATURE: *Robert Bloom* (signed)
- NAME: Robert Bloom
- FIRM:
- STREET ADDRESS: 3355 Richmond Blvd.
- CITY/STATE/ZIP: Oakland/California/94611
- TELEPHONE NUMBER: 510/595-7766
- FAX NUMBER:
- E-MAIL ADDRESS: bbloom222@aol.com
- IDENTIFICATION NUMBER:
- MEMBER OF TRIAL BAR? YES ☐ NO ☑
- TRIAL ATTORNEY? YES ☑ NO ☐

### (B)
- (blank)
- MEMBER OF TRIAL BAR? YES ☐ NO ☐
- TRIAL ATTORNEY? YES ☐ NO ☐
- DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

### (C)
- (blank)
- MEMBER OF TRIAL BAR? YES ☐ NO ☐
- TRIAL ATTORNEY? YES ☐ NO ☐
- DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

### (D)
- (blank)
- MEMBER OF TRIAL BAR? YES ☐ NO ☐
- TRIAL ATTORNEY? YES ☐ NO ☐
- DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

127