IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 03 CR 978 |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| | ) | |
| MOUSA MOHAMMED | ) | |
| MARZOOK, et. al. | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF FILING

TO: Joseph Ferguson
    AUSA
    219 S. Dearborn Room 5000
    Chicago, Ill.

PLEASE TAKE NOTICE that on July 19, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, a Motion *Ex-Parte* and *In Camera*

## CERTIFICATE OF SERVICE

I, Michael E. Deutsch, attorney at law, hereby certifies that I have served the attached Notice of an Ex Parte and In Camera Filing on the above named AUSA by hand delivery on July 19, 2005

Michael E. Deutsch