IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 03 CR 978 |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| | ) | |
| MOUSA MOHAMMED MARZOOK, *et. al.* | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF FILING**

TO: Joseph Ferguson
AUSA
219 S. Dearborn Room 5000
Chicago, Ill.

Thomas Durkin,
53 W. Jackson Blvd, Suite 615
Chicago, Il 60604

    PLEASE TAKE NOTICE that on October 5, 2005, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, the original of a **Reply to the Government's Opposition to Defendant's Request for Specifics of the Predicate Acts** copies of which are attached hereto and is hereby served upon you.

**CERTIFICATE OF SERVICE**

I, Michael E. Deutsch, attorney at law, hereby certify that I served the above Assistant United States Attorney by hand delivery on October 5, 2000.

                                                               _____